# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEINYATEY D. CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARVAL & ASSOCIATES,<br><br>　　　　Defendant. | Case No.: 2:09-CV-02756-MCE-DAD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Upon Good Cause Showing, it is hereby ordered that Mahadhi Corzano, counsel for Plaintiffs KEINYATEY D. CHAMBERS, shall appear telephonically at the Rule 60(b) Relief from Order of Dismissal and Reinstatement Hearing scheduled for July 22, 2010 at 2:00 PM. Plaintiff's counsel's telephone number is (323) 988-2400 Ext. 255.

　　IT IS SO ORDERED.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com